IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WEST END BAR & GRILL LLC,** )<br>*et. al.*, )<br>)<br>**Defendants.** ) | Case No. 24-CV-79-GLJ |

## OPINION AND ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment [Docket No. 17]. Upon consideration of Plaintiff's Motion for Final Default Judgment, the accompanying Memorandum of Points and Authorities in Support thereof and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605 and recognizes Plaintiff's election to seek statutory damages. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants West End Bar & Grill LLC d/b/a West End Bar & Grill and Carla J. Reid (hereinafter "Defendants") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Original Complaint [Docket No. 2] are deemed admitted against Defendants; that Defendants exhibited the broadcasts, including undercard bouts and commentary, of *UFC 261: Usman vs. Masvidal 2* on April 24, 2021, *UFC 264: Poirier vs. McGregor 3* on July

10, 2021, *UFC 265: Lewis vs. Gane* on August 7, 2021, and *UFC 272: Covington vs. Masvidal* on March 5, 2022 without authorization from Plaintiff; and that Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff's Motion for Default Judgment [Docket No. 17] is GRANTED and Judgment by default be entered in favor of Plaintiff and against Defendants West End Bar & Grill LLC d/b/a West End Bar & Grill and Carla J. Reid.

2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $20,000.00.

3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $20,000.00.

4. That Plaintiff recover attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) from the Defendants in the amount of $1,675.00.

5. That Plaintiff recover costs in the amount of $650.00 relating to the prosecution of this matter.

6. The Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at the statutory rate from the date of this Judgment until paid.

7. This judgment is a final judgment.

**IT IS SO ORDERED THIS** 6th day of February 2025.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**